**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| MIXON SEED SERV. INC. *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| v. | : | CASE NO.: 1:23-CV-182 (WLS) |
| | : | |
| WHIGHAM *et al.*, | : | |
| | : | |
|     Defendants. | : | |
| | : | |

**ORDER**

Before the Court is Plaintiffs' Notice of Settlement (Doc. 18) ("Motion"), filed on September 10, 2024. Therein, Plaintiffs Mixon Seed Service, Inc., Plantation Seed Conditioners, Inc., AGSouth Genetics, LLC, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Florida Foundation Seed Producers, Inc. notify the Court that a settlement has been reached in the above-captioned case. (*Id.*) Specifically, Plaintiffs state that a settlement agreement has been finalized and is currently being circulated amongst the Parties, Defendants have tendered payment to Plaintiffs in accordance with the settlement agreement, and the Parties have agreed to a permanent injunction, which Plaintiffs state they will file with the Court once the appropriate signatures have been secured. (*Id.*) Plaintiffs further state that a motion for dismissal and a proposed order for dismissal will be filed by Plaintiffs once the Court has entered the agreed upon permanent injunction. (*Id.*)

For good cause, the Motion (Doc. 18) is **GRANTED**. To ensure the timely and orderly disposition of this case, Plaintiffs are hereby **ORDERED** to move the Court for the permanent injunction referenced in the Motion (Doc. 18) **within thirty (30) days of the date of this Order**, or, by the same deadline, file with the Court a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 12th day of September 2024.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**