IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MIXON SEED SERVICE INC., et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:23-CV-182(WLS) |
| | * |
| WHIGHAM et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of October, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk